■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SHORTS, Appellant.— Order of the Supreme Court, Kings County, dated January 14, 1969, affirmed. No opinion. Appeal from order of said court, dated April 18, 1969, denying reargument of the motion which resulted in the order of

January 14, 1969, dismissed. An order denying reargument is not appealable. Beldock, P. J., Christ, Rabin, Hopkins and Munder, JJ., concur.